IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROBERT BRANCH,

    Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD COMPANY,

    Defendant.

CIVIL ACTION NO. 4:23-CV-217-MPM-JMV

**MOTION TO STRIKE PLAINTIFF'S EXPERT DESIGNATIONS OR TO LIMIT PLAINTIFF'S EXPERT WITNESS TESTIMONY PURSUANT TO *DAUBERT***

Defendant Illinois Central Railroad Company ("IC") hereby respectfully moves this Court for an Order striking Plaintiff Robert Branch's June 6, 2024, Designation of Treating Physician Expert Witness in its entirety and precluding Charles Nause, M.D., Fawaz Abdrabbo, M.D., P.A., and Stephanie Hodnett, FNP, from providing expert opinions under Federal Rules of Evidence 702, 703, and 705 pursuant to *Daubert*. IC's supporting brief will be filed consistent with the rules of this Court.

This Motion is made on the grounds that:

1. Branch failed to comply with the requirements of Federal Rule of Civil Procedure 26(a)(2)(B) and 26(a)(2)(C), Local Rule 26, and the *Daubert* requirements and therefore has not properly disclosed any experts who may provide opinions under Fed. R. Evid. 702, 703, or 705.

2. Specifically, Branch has not disclosed *any* indication as to what opinions his treating physicians may testify to, nor the subject matter or facts upon which those opinions are ostensibly based.

This Motion is based upon Rules 26 and 37 of the Federal Rules of Civil Procedure, and

upon the supporting memoranda, documents, exhibits, and declarations filed and served in accordance with Local Rule 7 and upon the files, records and proceedings herein.

| Exhibit A | Branch's June 6, 2024, Expert Designations. |
| Exhibit B | Email correspondence from counsel withdrawing Dr. Ravi Pande as expert witness. |
| Exhibit C | Email correspondence between counsel regarding testimony of Branch's treating providers. |
| Exhibit D | IC's proposed stipulation to limit providers testimony. |
| Exhibit E | July 23, 2024, deposition transcript of Charles Nause, M.D. |
| Exhibit F | July 23, 2024, deposition transcript of Stephanie Hodnett, FNP. |
| Exhibit G | July 30, 2024, deposition transcript of Fawaz Abdrabbo, M.D., P.A. |

WHEREFORE, IC prays that this Court grant its Motion to Strike Plaintiff's Expert Designations or to Limit Plaintiff's Expert Witness Testimony Pursuant to *Daubert* and prohibit Dr. Nause, Dr. Abdrabbo, or Ms. Hodnett from providing expert testimony under Fed. R. Evid. 702, 703, or 705.

| | |
|---|---|
| Dated: October 24, 2024 | */s/ Susan K. Fitzke* <br> Susan K. Fitzke (admitted *Pro Hac Vice*) <br> sfitzke@littler.com <br> Grace F. Jacobson (admitted *Pro Hac Vice*) <br> gjacobson@littler.com <br><br> LITTLER MENDELSON P.C. <br> 1300 IDS Center <br> 80 South 8th Street <br> Minneapolis, MN 55402.2136 <br> Telephone: 612.630.1000 <br> Facsimile: 612.630.9626 <br><br> */s/ Matthew G. Gallagher* <br> Matthew G. Gallagher, Bar No. 103159 <br> mgallagher@littler.com <br><br> LITTLER MENDELSON, P.C. <br> 3725 Champion Hills Drive <br> Suite 3000 <br> Memphis, TN 38125 <br> Telephone: 901.795.6695 <br> Facsimile: 901.881.4333 <br><br> ***Attorneys for Defendant*** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing has been served, via the Court's Electronic Case Filing System, this 24th day of October 2024, upon the following:

Nick Norris (MB# 101574)
WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: nick@watsonnorris.com

***Attorneys for Plaintiff Robert Branch***

                                                  */s/ Susan K. Fitzke*
                                                  Attorneys for Defendant

4854-7819-1512.1 / 046769-1415