IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| ROBERT BRANCH,<br><br>        Plaintiff,<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD COMPANY,<br><br>        Defendant. | CIVIL ACTION NO. 4:23-CV-217-MPM-JMV |

## DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT DESIGNATIONS OR TO LIMIT PLAINTIFF'S EXPERT WITNESS TESTIMONY PURSUANT TO *DAUBERT*

*I, GRACE F. JACOBSON, hereby declare as follows:*

1. I am one of the attorneys representing the Defendant Illinois Central Railroad Company ("IC") in the above-referenced action. I submit this Declaration in support of Defendant's Motion to Strike Plaintiff's Expert Designation of Treating Physician Expert Witness.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiff Robert Branch's deficient June 6, 2024, Designation of Treating Physician Expert Witness.

3. On July 23, 2024, Plaintiff's counsel, Nick Norris, withdrew the designation of Dr. Ravi Pande. Attached hereto as **Exhibit B** is a true and correct copy of the email excerpt demonstrating this withdrawal.

4. On September 30, 2024, I spoke via telephone with Mr. Norris and asked whether, in light of the insufficient disclosures, Branch would be willing to stipulate limiting the testimony of his designated treating physicians to lay witness testimony under Fed. R. Evid. 701. Mr. Norris asked to review a draft stipulation, and one was provided to him on October 1, 2024. Mr. Norris refused to sign the stipulation and said he would not agree to a stipulation other than one that

simply recited his interpretation of Local Rule 26, i.e., that the "local rule require[es] treating physicians to be designated as expert witnesses." Attached hereto as **Exhibit C** is a true and correct copy of that email correspondence. Attached hereto as **Exhibit D** is a true and correct copy of IC's proposed stipulation.

5. Attached hereto as **Exhibit E** is a true and accurate copy of the July 23, 2024, deposition of Charles Nause, M.D.

6. Attached hereto as **Exhibit F** is a true and accurate copy of the July 23, 2024, deposition of Stephanie Hodnett, FNP.

7. Attached hereto as **Exhibit G** is a true and accurate copy of the July 30, 2024, deposition of Fawaz Abdrabbo, M.D., P.A.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.**

Signature: /s/ *Grace F. Jacobson*              Date: October 24, 2024

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing has been served, via the Court's Electronic Case Filing System, this 24th day of October 2024, upon the following:

Nick Norris (MB# 101574)
WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: nick@watsonnorris.com

*Attorneys for Plaintiff Robert Branch*

                                                     /s/ *Grace F. Jacobson*
                                                     Attorneys for Defendant