# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

ROBERT L. BRANCH                                                    **PLAINTIFF**

v.                                                 **CIVIL ACTION NO.: 4:23-cv-217-MPM-JMV**

**ILLINOIS CENTRAL RAILROAD                                    DEFENDANT
COMPANY**

## PLAINTIFF'S DESIGNATION OF TREATING PHYSICIAN EXPERT WITNESS

COMES NOW Plaintiff, pursuant to Uniform Local Rule 26, and the Case Management Order and designate experts as follows:

The following persons may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence.

A.     Dr. Fawaz Abdrabbo, M. D., P. A.
       576 Highland Colony Parkway, Suite 100
       Ridgeland, Mississippi 39157
       (601) 853-2676

Dr. Abdrabbo, M.D., P.A., began treating the Plaintiff for anxiety and depression in July 2022 and continues his treatment to date. Dr. Abdrabbo, M. D., P. A., continues to have psychiatric sessions on or about every sixty (60) days currently. Plaintiff intends to call Dr. Abdrabbo, M.D., P.A., to testify to the treatment of the Plaintiff and the diagnosis of Plaintiff while he was/is under his care. Dr. Abdrabbo, M.D., P.A., will be called upon to give the basis for the prescriptions and cite the reasons for noting the information contained in his medical records.

B.    Dr. Charles Nause, M.D.
      105 East Market Street
      Greenwood, Mississippi 38930
      (662) 453-5460

Dr. Nause, M.D., is the Plaintiff's primary physician since 2018.  Plaintiff intends to call Dr. Nause, M.D., to testify to the treatment of the Plaintiff and the diagnosis of Plaintiff while he was/is under his care. Dr. Nause, M.D., will be called upon to give the basis for the prescriptions and cite the reasons for noting the information contained in his medical records.

C.    Stephanie M Hornet, FNP
      Greenwood Leflore Hospital
      1401 River Road
      Greenwood, Mississippi 38930
      (662) 459-7000

Ms. Hornet, FNP., treated the Plaintiff in June 2022 for anxiety. Plaintiff intends to call Ms. Hornet, FNP., to testify to the treatment of the Plaintiff and the diagnosis of Plaintiff while he was under her care. Ms. Hornet, FNP., will be called upon to give the basis for the prescriptions and cite the reasons for noting the information contained in her medical records.

D.    Dr. Pande Ravi, M.D
      1317 River Road
      Greenwood, Mississippi 38930
      (662) 459-2520

Dr. Ravi, M.D., is the Plaintiff's Neurologist and has been treating him since 2017. Plaintiff intends to call Dr. Ravi, M.D., to testify to the treatment of the Plaintiff and the diagnosis of Plaintiff while he was/is under his care. Dr. Ravi, M.D., will be called upon to give the basis for the prescriptions and cite the reasons for noting the information contained in his medical records.

2

THIS, the 6th day of June 2024.

Respectfully submitted,

/s Nick Norris
NICK NORRIS (MB# 101574)

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Telephone: (601) 968-0000
Fax: (601) 968-0010
nick@watsonnorris.com

## CERTIFICATE OF SERVICE

I, Nick Norris , attorney for the Plaintiff, do hereby certify that I have this day

served via ECF filing or by United States mail, postage prepaid, a true and correct copy

of the above and foregoing document to all counsel of record:

SO CERTIFIED, this 6th day of June 2024.

s/Nick Norris
NICK NORRIS

3

# Exhibit B

EXHIBIT B - Email correspondence from counsel withdrawing Dr. Ravi Pande as expert witness

| | |
|---|---|
| **From:** | Nick Norris |
| **To:** | Jacobson, Grace; Louis Watson, Jr. |
| **Cc:** | Camille Morrison; Fitzke, Susan; Lundin, Elsa |
| **Subject:** | RE: Branch v. IC: Deposition of Dr. Abdrabbo - July 30th at 10AM CST |
| **Date:** | Tuesday, July 23, 2024 2:51:36 PM |
| **Attachments:** | image001.png |
| | image002.png |

Grace,

Please consider the designation of Dr. Pande withdrawm.  Mr. Branch is available both days for the IME.  Sorry for the delay.  I'll try to have them produced today.

Sincerely,

Nick Norris, Esq.
Watson & Norris, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
601-253-1179
nick@watsonnorris.com

**From:** Jacobson, Grace <GJacobson@littler.com>
**Sent:** Tuesday, July 23, 2024 8:56 AM
**To:** Nick Norris <nick@watsonnorris.com>; Louis Watson, Jr. <louis@watsonnorris.com>
**Cc:** Camille Morrison <camille@watsonnorris.com>; Fitzke, Susan <SFitzke@littler.com>; Lundin, Elsa <ELundin@littler.com>
**Subject:** RE: Branch v. IC: Deposition of Dr. Abdrabbo - July 30th at 10AM CST

Nick,

Dr. Ravi Pande's medical records for Mr. Branch demonstrate that Mr. Branch has not visited Dr. Pande since 2017. As such, we do not believe it is appropriate to include him in Mr. Branch's designation of treating physician expert witnesses. Please let us know if you are willing to withdraw him from Mr. Branch's designation given that he has not treated Mr. Branch in over seven years. Otherwise, we will move to strike.



EXHIBIT B - Email correspondence from counsel withdrawing Dr. Ravi Pande as expert witness

# Exhibit C

EXHIBIT C - Email correspondence between counsel regarding testimony of Branch's treating providers

| | |
|---|---|
| **From:** | Nick Norris |
| **To:** | Jacobson, Grace; Louis Watson, Jr.; Camille Morrison |
| **Cc:** | Fitzke, Susan; Lundin, Elsa |
| **Subject:** | RE: IC-Branch: Stipulation to Withdraw Expert Designation |
| **Date:** | Wednesday, October 2, 2024 8:20:15 PM |
| **Attachments:** | image001.png |
| | image002.png |

Grace,

I can't agree with that stipulation.  I can agree to the limits of the local rule requiring treating physicians to be designated as expert witnesses.

Nick Norris, Esq.

Watson & Norris, PLLC

4209 Lakeland Drive #365

Flowood, MS 39232

601-253-1179

nick@watsonnorris.com

**From:** Jacobson, Grace <GJacobson@littler.com>
**Sent:** Tuesday, October 1, 2024 9:51 AM
**To:** Nick Norris <nick@watsonnorris.com>; Louis Watson, Jr. <louis@watsonnorris.com>; Camille Morrison <camille@watsonnorris.com>
**Cc:** Fitzke, Susan <SFitzke@littler.com>; Lundin, Elsa <ELundin@littler.com>
**Subject:** IC-Branch: Stipulation to Withdraw Expert Designation

Hi Nick,

I hope you are well. Pursuant to our conversation yesterday, attached for your review and approval is a Stipulation to Withdraw Branch's Expert Designation which makes clear that the three treating physicians listed in Branch's June 6, 2024, Expert Designation, shall not provide expert testimony under FRE 702 and shall not be referred to as experts, but may be called to testify under FRE 701 as to their treatment of Branch and their medical records reflecting that treatment. Please let us know if you have any questions or wish to discuss; otherwise, please let us know if we have permission to sign on your behalf. Thank you.

Kindly,

Grace

**Grace Jacobson**

Attorney at Law

612.486.2001 direct, 612.496.8057 mobile

GJacobson@littler.com

EXHIBIT C - Email correspondence between counsel regarding testimony of Branch's treating providers

# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROBERT BRANCH,

        Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD
COMPANY,

        Defendant.

CIVIL ACTION NO. 4:23-CV-217-MPM-JMV

## JOINT STIPULATION TO WITHDRAW EXPERT DESIGNATIONS

Plaintiff Robert Branch and Defendant Illinois Central Railroad Company ("IC"), by and through their undersigned counsel, submit this joint stipulation as to the withdrawal of Plaintiff's Expert Designation, and agree to the scope of testimony by Plaintiff's treating providers at trial:

**WHEREAS,** on June 6, 2024, Plaintiff served his Designation of Treating Physician Expert Witnesses, naming four treating physicians as experts in this matter: Fawaz Abdrabbo, M.D., Charles Nause, M.D., Ravi Pande, M.D., and Stephanie Hodnett, FNP.

**WHEREAS,** one of those providers, Dr. Pande, was voluntarily withdrawn as an expert by Plaintiff on July 23, 2024.

**WHEREAS,** the remaining three providers, Dr. Abdrabbo, Dr. Nause, M.D., and Ms. Hodnett were designated pursuant to Local Uniform Rule 26(a)(2)(D), which Plaintiff understood to require parties to designate treating physicians as expert witnesses, even when they were not intended to serve as expert witnesses.

**WHEREAS,** Plaintiff did not and does not intend to introduce or designate Dr. Abdrabbo, Dr. Nause, or Ms. Hodnett as expert witnesses under F.R.E. 702. Rather Plaintiff stipulates and agrees that he will only seek to admit testimony by these three providers as treating physician lay

witnesses, whose testimony is governed by F.R.E. 701.

NOW THEREFORE, the parties stipulate and agree that:

1.      Neither party shall seek to call Fawaz Abdrabbo, M.D., Charles Nause, M.D., or Stephanie Hodnett, FNP (collectively, the "Treating Physicians") to testify as an "expert" witness at trial, or otherwise designate or refer to any of them as an expert.

2.      Specifically, Plaintiff will not for any reason refer to the Treating Physicians as expert witnesses; refer to their testimony as expert opinion; or seek admit their testimony as expert opinion. In other words, Plaintiff will not attempt to procure or admit expert opinion testimony, pursuant to Federal Rule of Evidence 702, from any of the Treating Physicians.

3.      This Stipulation does not preclude Plaintiff from admitting testimony from any of the Treating Physicians as lay witnesses, pursuant to Federal Rule of Evidence 701.

4.      The Treating Physicians may be called to testify as to their own treatment of Plaintiff, as well as the contents of their own medical records reflecting treatment of Plaintiff. However, the Treating Physicians shall not testify or provide any opinion beyond that which is contained in Plaintiff's written medical records.

Dated: October ___, 2024

Nick Norris (MB #101574)
nick@watsonnorris.com

WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232
Telephone:     (601) 968-0000
Facsimile:      (601) 968-0010

*Attorneys for Plaintiff*

4865-4242-0971.1 / 046769-1415

EXHIBIT D - IC's Proposed Stipulation to limit provider testimony

Dated: October __, 2024

/s/ Susan K. Fitzke
Susan K. Fitzke (admitted *Pro Hac Vice*)
sfitzke@littler.com
Grace F. Jacobson (admitted *Pro Hac Vice*)
gjacobson@littler.com

LITTLER MENDELSON P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone:    612.630.1000
Facsimile:    612.630.9626

/s/ Matthew G. Gallagher
Matthew G. Gallagher, Bar No. 103159
mgallagher@littler.com

LITTLER MENDELSON, P.C.
3725 Champion Hills Drive
Suite 3000
Memphis, TN 38125
Telephone: 901.795.6695
Facsimile: 901.881.4333

***Attorneys for Defendant***

4865-4242-0971.1 / 046769-1415

EXHIBIT D - IC's Proposed Stipulation to limit provider testimony

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing has been served, via electronic mail, through the Court's Electronic Case Filing System, and by emailing the same, this *** day of October 2024, upon the following:

Nick Norris (MB# 101574)
WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: nick@watsonnorris.com

***Attorney for Plaintiff Robert Branch***

*/s/ Grace F. Jacobson*
Attorneys for Defendant

EXHIBIT D - IC's Proposed Stipulation to limit provider testimony

# Exhibit E

Page 1

1          IN THE UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF MISSISSIPPI

2              GREENVILLE DIVISION

3   ROBERT BRANCH                         PLAINTIFF

                            CIVIL ACTION NO.

4   VS.                     4:23-CV-217-MPM-JMV

5   ILLINOIS CENTRAL                      DEFENDANT

    RAILROAD COMPANY

6

7   ********************************************

8        DEPOSITION OF CHARLES NAUSE, D.O.,

9   ********************************************

10   Taken at the instance of the Defendant via Zoom

11              on July 23, 2024

12      beginning at approximately 9 a.m. C.T.

13

14          (APPEARANCES NOTED HEREIN)

15

16

17          * * * * * * * *

18

19        Reported Stenographically by

           LINDSEY McINTOSH, CCR

20          Brown Court Reporting

        1888 Main Street, Ste. C #289

21          Madison, MS 39110

            (601) 832-4919

22

23

24

25

EXHIBIT E - July 23, 2024 Deposition Transcript of Charles Nause, M.D.

# Exhibit F

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF MISSISSIPPI

3                GREENVILLE DIVISION

4    ROBERT BRANCH,

5                     Plaintiff,

6       v.                          CIVIL ACTION NO.

7    ILLINOIS CENTRAL RAILROAD       4:23-CV-217-MPM-JMV

8    COMPANY,

9                    Defendant.

10

11

12               DEPOSITION OF

13            STEPHANIE HODNETT, FNP

14      Taken remotely via ZOOM on July 23, 2024

15            Commencing at 3:01 p.m.

16

17

18

19

20

21

22    REPORTED BY:  LYNN M. HANDBERG, COURT REPORTER

23

24

25

# Exhibit G

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF MISSISSIPPI

 3                      GREENVILLE DIVISION

 4   ----------------------------------------------------

 5   Robert Branch,

 6               Plaintiff,

 7      vs.              CIVIL ACTION NO. 4:23-CV-217-MPM-JMV

 8   Illinois Central Railroad Company,

 9               Defendant.

10   ----------------------------------------------------

11

12

13        ZOOM DEPOSITION OF FAWAZ ABDRABBO, M.D., P.A.

14

15

16

17   DATE:   July 30, 2024

18   TIME:   10:00 a.m.

19   PLACE:  Veritext Virtual Videoconference

20

21

22

23

24   REPORTED BY: KELLEY E. ZILLES, RPR (Via Videoconference)

25   Job No.: 6827726
```

EXHIBIT G - July 30, 2024 Deposition Transcript of Fawaz Abdrabbo, M.D., P.A.