# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| ROBERT BRANCH,<br><br>      Plaintiff,<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD COMPANY,<br><br>      Defendant. | CIVIL ACTION NO. 4:23-CV-217-MPM-JMV |

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Illinois Central Railroad Company ("IC"), by and through its undersigned counsel, and serves this Response in Opposition to Plaintiff Robert Branch's Partial Motion for Summary Judgment.

Plaintiff's Partial Motion for Summary Judgment must be denied because Plaintiff has not provided *any* factual evidence in support of his legally flawed claims. Plaintiff's employment was terminated after and exclusively because he engaged in a physical altercation with a coworker, thereby violating IC's policies against workplace violence; the employment of the other individual involved in the altercation was also terminated. IC has consistently reiterated and provided evidentiary support for this legitimate and non-retaliatory reason for Plaintiff's termination, and Plaintiff has not provided any evidence that this reason was pretextual or false.

In support of its Response in Opposition to Plaintiff's Partial Motion for Summary Judgment, IC submits the following documents filed concurrently with this Response: Memorandum in Opposition to Plaintiff's Partial Motion for Summary Judgment and the following Declarations, Depositions, and Exhibits.

| | |
|---|---|
| Exhibit 1 | Declaration of Duane Spears and exhibits<br><br>- **Exhibit A**: IC's Equal Employment Opportunity Policy<br>- **Exhibit B**: IC's Code of Business Conduct<br>- **Exhibit C**: IC's Prohibited Harassment, Discrimination, and Anti-Retaliation Policy<br>- **Exhibit D**: IC's Workplace Violence Prevention Policy<br>- **Exhibit E**: Branch's training records on IC's policies<br>- **Exhibit F**: IC's Discipline Policy<br>- **Exhibit G**: Transcript of IC's June 7, 2022, investigation hearing into the fight between Branch and his coworker<br>- **Exhibit G-1**: Notice of Investigation to Branch and Tracy Todd Melton<br>- **Exhibit G-2**: Notice of Investigation to Branch and Melton<br>- **Exhibit G-3**: Letter regarding the Collective Bargaining Agreement applicable to Branch<br>- **Exhibit G-4**: Branch's handwritten statement<br>- **Exhibit G-5**: Dylan Boutte's handwritten statement<br>- **Exhibit G-6**: Melton's handwritten statement<br>- **Exhibit G-7**: Darrell Hudson's handwritten statement<br>- **Exhibit G-8**: Randall Duren's handwritten statement<br>- **Exhibit G-9**: Earl Honeysucker's handwritten statement<br>- **Exhibit G-10**: Ty Peterson's handwritten statement<br>- **Exhibit G-11**: Walker Yuille's handwritten statement<br>- **Exhibit G-12**: Al B. Thomas's handwritten statement<br>- **Exhibit G-13**: IC's USOR Rule H<br>- **Exhibit G-14**: Excerpts from IC's Code of Business Conduct<br>- **Exhibit G-15**: IC's Workplace Violence Prevention Policy<br>- **Exhibit G-16**: Medical note dated June 2, 2022<br>- **Exhibit H**: Branch's termination letter<br>- **Exhibit I**: Melton's termination letter |
| Exhibit 2 | Declaration of Susan K. Fitzke and exhibits<br><br>- **Exhibit A**: Transcript of February 13 and 14, 2024, hearing in front of the Office of Administrative Law Judges |

4866-1946-2087.1 / 046769-1415

|  | • **Exhibit B**: Excerpts from the August 6, 2024, deposition of Plaintiff Robert Branch pursuant to the present matter.<br>• **Exhibit C**: Excerpts from the November 7, 2023, deposition of Plaintiff Robert Branch pursuant to his matter in front of the OALJ<br>• **Exhibit D:** Excerpts from the November 27, 2023, deposition of Chance Garner pursuant to Plaintiff's lawsuit in front of the OALJ<br>• **Exhibit E**: Plaintiff's Answers to Defendant's Interrogatories |
|---|---|

For the reasons explained in IC's memorandum of law in support of this Response in Opposition to Plaintiff's Partial Motion for Summary Judgment, Plaintiff's Partial Motion for Summary Judgment must be denied.

Dated: November 7, 2024

*/s/ Susan K. Fitzke*
Susan K. Fitzke (admitted *Pro Hac Vice)*
sfitzke@littler.com
Grace F. Jacobson (admitted *Pro Hac Vice)*
gjacobson@littler.com

LITTLER MENDELSON P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone:   612.630.1000
Facsimile:    612.630.9626

*/s/ Matthew G. Gallagher*
Matthew G. Gallagher, Bar No. 103159
mgallagher@littler.com

LITTLER MENDELSON, P.C.
3725 Champion Hills Drive
Suite 3000
Memphis, TN 38125
Telephone: 901.795.6695
Facsimile: 901.881.4333

***Attorneys for Defendant***

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing has been served, via the Court's Electronic Case Filing System, this 7th day of November 2024, upon the following:

Nick Norris (MB# 101574)
WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: nick@watsonnorris.com

***Attorneys for Plaintiff Robert Branch***

> */s/ Susan K. Fitzke*
> Attorneys for Defendant

4866-1946-2087.1 / 046769-1415