IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROBERT L. BRANCH**                                                          **PLAINTIFF**

v.                                                    CIVIL ACTION NO.: 4:23-cv-217-MPM-JMV

**ILLINOIS CENTRAL RAILROAD**                          **DEFENDANT**
**COMPANY**

## PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff by and through counsel and serves this his Motion for Partial Summary Judgment. In support, Plaintiff attaches the following exhibits:

A. Exhibit "A" – The Complete Deposition of Plaintiff

B. Exhibit "B" – Respondent/ Defendant's EEOC Position Statement

For the reasons explained in Plaintiff's supporting memorandum brief, the Plaintiff's Motion for Partial Summary Judgment should be granted.

THIS the 14th day of November, 2024.

                                                      Respectfully submitted,

                                                      <u>s/ Jane A. Watson</u>
                                                      JANE A. WATSON (MB#106877)
                                                      NICK NORRIS (MB# 101574)
                                                      LOUIS H. WATSON, JR. (MB# 9053)
                                                      Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC

1501 Jackson Avenue W. STE 113 PMB 101

Oxford, Mississippi 38655

(601) 968-0000

Fax: (601) 968-0010

jane@watsonnorris.com

**CERTIFICATE OF SERVICE**

    I, Jane A. Watson, attorney for Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via ECF filing or by United States Mail with postage fully prepaid thereon to all counsel of record.

    SO CERTIFIED, this the 14th day of November, 2024.

     s/ Jane A. Watson
    JANE A. WATSON