IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROBERT BRANCH,

    Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD COMPANY,

    Defendant.

CIVIL ACTION NO. 4:23-CV-217-MPM-JMV

## DEFENDANT'S OMNIBUS MOTION *IN LIMINE* TO EXCLUDE IRRELEVANT AND PREJUDICIAL EVIDENCE

Defendant Illinois Central Railroad Company ("Defendant" or "IC") respectfully moves this Court for an Order precluding Plaintiff Robert Branch from introducing irrelevant or prejudicial testimony or evidence. Specifically, IC respectfully seeks exclusion of the following categories of irrelevant and prejudicial evidence:

1. Evidence related to emails Branch submitted to the Equal Employment Opportunity Commission ("EEOC") that are dated *after* Branch's termination and filing of his EEOC Charge (i.e., post-termination evidence);

2. Evidence related to IC's EEOC Position Statement;

3. Evidence related to the EEOC's Determination and Cause Finding;

4. Evidence related to the Court's prior rulings in this litigation;

5. Evidence related to alleged wage loss damages incurred from August 19, 2023, through August 19, 2024;

6. Evidence related to the Public Law Board's ("PLB") Interim Award and decision to reinstate Branch to work;

7. Evidence related to alleged emotional distress damages;

8. Evidence related to Branch's own impressions or opinions on the causal factors of his alleged medical conditions; and

9. Evidence related to the size, specialty, or location of Littler Mendelson, P.C., or its counsel.

The admission of such irrelevant evidence would force a series of mini-trials that would confuse the jury, waste the Court's time, unfairly prejudice IC, and significantly lengthen the trial – all without adding any fact of consequence in determining whether Branch's claims are more or less probable. Accordingly, this evidence should be excluded.

This Motion is based upon Rule 7 of the Local Uniform Civil Rules, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and upon the memorandum of law filed and served in accordance with Local Rule 7, and upon the files, records and proceedings herein.

Counsel for the parties conferred regarding the instant motions *in limine* on January 7, 2025, and Branch stated his opposition to each of IC's nine motions *in limine*.

In support of its Motions *in limine*, IC submits the following documents filed concurrently with this Motion: Memorandum in Support of Omnibus Motion *in limine* to Exclude Irrelevant and Prejudicial Evidence and the following Declarations, Depositions, and Exhibits.

| | |
|---|---|
| Exhibit 1 | Declaration of Susan K. Fitzke and exhibits<br>• **Exhibit A**: The Equal Employment Opportunity Commission's ("EEOC") August 4, 2023, Determination and Cause Finding<br>• **Exhibit B**: Excerpts from the August 6, 2024, deposition of Plaintiff Robert Branch pursuant to the present matter<br>• **Exhibit C**: Excerpts from the November 7, 2023, deposition of Plaintiff Robert Branch pursuant to his matter in front of the Office of Administrative Law Judges ("OALJ")<br>• **Exhibit D**: Transcript of February 13 and 14, 2024, hearing in front of the OALJ<br>• **Exhibit E**: November 3, 4, and 7, 2022, emails that Branch submitted to the EEOC<br>• **Exhibit F**: The Public Law Board's August 19, 2024, Interim Award<br>• **Exhibit G**: Branch's January 30, 2024, Pre-Discovery Disclosures<br>• **Exhibit H**: Branch's March 28, 2024, Responses to IC's First Set of Interrogatories |

|  | • **Exhibit I**: EEOC's Activity Log of its Investigation of Branch's Charge |
|---|---|

WHEREFORE, IC prays that this Court grant its Omnibus Motion *in limine* to Exclude Irrelevant and Prejudicial Evidence and preclude Branch from discussing or offering evidence related to the same at trial.

Dated: January 8, 2025

*/s/ Susan K. Fitzke*
Susan K. Fitzke (admitted *Pro Hac Vice*)
sfitzke@littler.com
Grace F. Jacobson (admitted *Pro Hac Vice*)
gjacobson@littler.com

LITTLER MENDELSON P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000
Facsimile: 612.630.9626

*/s/ Matthew G. Gallagher*
Matthew G. Gallagher, Bar No. 103159
mgallagher@littler.com

LITTLER MENDELSON, P.C.
3725 Champion Hills Drive
Suite 3000
Memphis, TN 38125
Telephone: 901.795.6695
Facsimile: 901.881.4333

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing has been served, via electronic mail, through the Court's Electronic Case Filing System, this 8th day of January 2025, upon the following:

Nick Norris (MB# 101574)
WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: nick@watsonnorris.com

***Attorneys for Plaintiff Robert Branch***

                                             */s/ Susan K. Fitzke*
                                             Attorneys for Defendant

4873-7819-0288.2 / 046769-1415

4927-5095-4252