IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROBERT BRANCH,

    Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD COMPANY,

    Defendant.

CIVIL ACTION NO. 4:23-CV-217-MPM-JMV

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S FOURTH MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR TESTIMONY SUGGESTING PLAINTIFF WAS AGGRESSIVE OR UNREASONABLE WITHOUT CONCRETE EVIDENCE**

Defendant Illinois Central Railroad Company ("IC") by and through its undersigned counsel, serves this Response in Opposition to Plaintiff Robert Branch's Motion *in Limine* to Exclude Evidence or Testimony Suggesting Plaintiff was Aggressive or Unreasonable Without Concrete Evidence. In support of its Opposition, IC states as follows:

1. Branch has provided handwritten statements and has repeatedly testified under oath that he swung at, advanced on, and struck his coworker, and continued to attack his coworker even after his coworker had fallen to the ground and assumed a defensive posture, covering his face with his arms. Branch continued to swing at and strike his coworker until he was pulled off of his coworker by several other employees.

2. Pursuant to this investigation of this fight, IC asked Branch to provide names of eyewitnesses. Branch named seven witnesses, all of whom provided handwritten statements and testified at the June 7, 2022, internal investigation hearing. At least five of the seven eyewitnesses confirmed that Branch swung at and struck his coworker.

3. Thus, via Branch's own sworn and consistent testimony – and as corroborated by the testimony of eyewitnesses he himself designated – IC has received and presented significant evidence that Branch engaged in violent, or "aggressive," behavior by participating in a physical fight with a coworker.

4. Branch's own sworn statements and testimony – as well as the sworn statements and testimony of his eyewitnesses – is relevant, probative, and not speculative.

5. Evidence relating to Branch's participation in the fight is highly significant and a central issue in this lawsuit as it represents IC's legitimate, non-discriminatory, and non-retaliatory reason for terminating Branch's employment. IC has both a right and obligation to provide evidence in support of its affirmative defenses.

In support of its Response in Opposition to Branch's Motion *in Limine* to Exclude Evidence Suggesting that Plaintiff Was Aggressive or Unreasonable, IC submits the following documents filed concurrently with this Response: Memorandum in Opposition to Plaintiff's Motion *in Limine* to Exclude Evidence Suggesting that Plaintiff Was Aggressive or Unreasonable and the following Declarations, Depositions, and Exhibits:

| | |
|---|---|
| Exhibit 1 | Declaration of Susan K. Fitzke and exhibits<br>• **Exhibit A**: Transcript of February 13 and 14, 2024, hearing in front of the Office of Administrative Law Judges ("OALJ").<br>• **Exhibit B**: Branch's handwritten statement.<br>• **Exhibit C**: Excerpts from the August 6, 2024, deposition of Plaintiff Robert Branch pursuant to the present matter.<br>• **Exhibit D**: Excerpts from the November 7, 2023, deposition of Plaintiff Robert Branch pursuant to his matter in front of the OALJ.<br>• **Exhibit E**: Transcript of IC's June 7, 2022, investigation hearing into the fight between Branch and his coworker.<br>• **Exhibit F**: Dylan Boutte's handwritten statement. |

|  | <ul><li>**Exhibit G**: Earl Honeysucker's handwritten statement.</li><li>**Exhibit H**: Ty Peterson's handwritten statement.</li><li>**Exhibit I**: Walker Yuille's handwritten statement.</li><li>**Exhibit J**: Al B. Thomas's handwritten statement.</li></ul> |
|---|---|

WHEREFORE, for the reasons explained in IC's Memorandum of Law in support of this Response in Opposition to Plaintiff's Motion *in Limine* to Exclude Evidence or Testimony Suggesting Plaintiff was Aggressive or Unreasonable Without Concrete Evidence, IC respectfully requests the motion be denied.

Dated: January 14, 2025

/s/ *Susan K. Fitzke*
Susan K. Fitzke (admitted *Pro Hac Vice*)
sfitzke@littler.com
Grace F. Jacobson (admitted *Pro Hac Vice*)
gjacobson@littler.com

LITTLER MENDELSON P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone:   612.630.1000
Facsimile:   612.630.9626


/s/ *Matthew G. Gallagher*
Matthew G. Gallagher, Bar No. 103159
mgallagher@littler.com

LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
Telephone: 901.795.6695
Facsimile: 901.881.4333

***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing has been served, via electronic mail, through the Court's Electronic Case Filing System, this 14th day of January 2025, upon the following:

Nick Norris (MB# 101574)
WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: nick@watsonnorris.com

***Attorneys for Plaintiff Robert Branch***

                */s/ Susan K. Fitzke*
                Attorneys for Defendant

4932-4045-2622